134 So.2d 214

**F. L. SHUTTLESWORTH**

v.

**CITY OF BIRMINGHAM.**

6 Div. 764.

Supreme Court of Alabama.

Sept. 21, 1961.

Rehearing Denied Nov. 16, 1961.

Certiorari to Court of Appeals.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr. and J. Richmond Pearson, Birmingham, for petitioner.

Watts E. Davis and Wm. C. Walker, Birmingham, opposed.

STAKELY, Justice.

Petition of F. L. Shuttlesworth for certiorari to the Court of Appeals to review and revise the judgment and decision in Shuttlesworth v. City of Birmingham, 134 So.2d 213.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

---

137 So.2d 747

**Joe WILKIE**

v.

**STATE.**

8 Div. 91.

Supreme Court of Alabama.

Feb. 1, 1962.

Joe Wilkie, pro se.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Joe Wilkie for certiorari to the Court of Appeals to review and revise the judgment and decision in Ex parte Wilkie, Ala., 137 So.2d 746 (8 Div. 807).

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.